UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VO VAN HAI,

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX,

Respondents.

No. 1:26-05646-DAD-CKD

ORDER GRANTING RESPONDENTS' MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR A TEMPORARY RETRAINING ORDER AS MOOT

(Doc. Nos. 9, 10, 13)

Petitioner was a former immigration detainee. While in immigration detention, he filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Doc. No. 1), and then an amended habeas petition through counsel. (Doc. No. 9.) Petitioner subsequently filed a motion for a temporary restraining order ("TRO") seeking his immediate release from immigration detention. (Doc. No. 10.) Thereafter, respondents filed a motion to dismiss petitioner's amended habeas petition (Doc. No. 13) noting that petitioner has recently received the relief he seeks in this action from the U.S. District Court for the Middle District of Florida in *Vo v. Warden, Baker Corr. Institute*, No. 3:26-cv-1340-WWB-SJH, 2026 WL 2568475 (M.D. Fla. Aug. 31, 2026), when that court on August 31, 2026, granted the petition filed in that action and ordered

/////

/////

petitioner's immediate release from immigration detention at the Central Valley Annex in McFarland, CA within 24 hours of the issuance of that order.[1]

Petitioner has therefore already been granted the habeas relief he seeks in the petition pending before this court and has been ordered released by the U.S. District Court for the Middle District of Florida. Accordingly, his petition and request for release before this court is now redundant and has been rendered moot. Therefore, the court will grant respondents' motion to dismiss petitioner's habeas petition pending before this court and deny petitioner's motion for a TRO which also seeks his immediate release. *See, e.g.*, *Picrin–Peron v. Rison*, 930 F.2d 773, 776 (9th Cir. 1991) (finding that because petitioner's requested release from custody has occurred and he has been released, dismissal of the habeas petition was proper).

For the reasons expressed above,

1. Respondents' motion to dismiss petitioner's amended petition for writ of habeas corpus (Doc. No. 13) is GRANTED and petitioner's amended petition for writ of habeas corpus (Doc. No. 9) is DISMISSED as moot;
2. Petitioner's motion for a temporary restraining order (Doc. No. 10) is DENIED as moot; and
3. The Clerk of the Court is directed to thereby CLOSE this case.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] As explained by the U.S. District Court for the Middle District of Florida, when petitioner initiated his habeas action before that court he was detained within its jurisdiction and was subsequently moved to the Central Valley Annex in McFarland, CA. (Doc. No. 13 at 5, n.1.)